UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Jack B. Schmetterer
Hearing Date: 7/16/14
Bankruptcy Case No.: 14-03968
Adversary No.:
Title of Case: In re: Tommie Westbrook and Toya Westbrook

Brief Statement of Motion: Order Modifying Confirmed Plan

Name and Address of Moving Counsel:
Rocio Herrera
230 West Monroe, Suite 1125
Chicago, IL 60606

Representing: Green Tree Servicing LLC, as authorized servicer for Fannie Mae, as owner and holder of account/contract originated by TAYLOR, BEAN, & WHITAKER MORTGAGE CORP

Agreed ORDER Resolving Greentree Objection

IT IS HEREBY ORDERED THAT THE CONFIRMED PLAN IS MODIFIED AS FOLLOWS:

That the first post petition payment received and applied to the account on February 8, 2014, shall be considered a prepetition payment and as such shall be applied the pre-petition mortgage payment due for February 1, 2014.